UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
HOME DEPOT U.S.A., INC.,

     Plaintiff,      MEMORANDUM
                AND
  -against-         ORDER

G & S INVESTORS/WILLOW     98-CV-6719 (TCP) (ARL)
PARK, L.P., MELICK-TULLY &
ASSOCIATES, INC., and
JAMES A. SMITH CONTRACTING, INC.,

     Defendants
------------------------------------------------------X
RELIASTAR LIFE INSURANCE
COMPANY OF NEW YORK,
                00-CV-676 (TCP)(ARL)
     Plaintiff,

  -against-

HOME DEPOT U.S.A., INC.,

     Defendant,
------------------------------------------------------X
HOME DEPOT U.S.A., INC.,

     Third-Party Plaintiff,

  -against-

G & S INVESTORS/WILLOW PARK, L.P.,
Third-Party Defendant.
------------------------------------------------------X

PLATT, District Judge.

  Defendant G & S Investors/Willow Park, L.P. ("G & S Investors" or

"G & S") has moved this Court for reconsideration of its Memorandum and Order

dated November 7, 2005. For the reasons adequately set forth in Home Depot's Brief in Opposition to G & S's Motion for Reconsideration, the Motion for Reconsideration is DENIED.

SO ORDERED.

                                          _____s/s_____
                                          Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
        January 17, 2006